# **EXHIBIT C**

Robert L. Epstein (RE 8941)
Jason M. Drangel (JD 7204)
William C. Wright (WW 2213)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Attorneys for Plaintiff
A DEWEY DOES CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------- x

A DEWEY DOES CORPORATION,

                              Plaintiff,

              - against -

THE HELPFUL DOO-ITS PROJECT, LLC.,

                            Defendant.

-------------------------------------- x

**STIPULATION TO DISMISS**

CV-05-5669 (FB) (CLP)

IT IS HEREBY STIPULATED AND AGREED to by the parties as follows:

1. Pursuant to the Settlement Agreement executed by the parties, this case is dismissed with each side bearing its own costs and fees, including but not limited to, attorneys' fees.

2. The parties agree that the terms of the Settlement Agreement are incorporated by reference herein and the Court shall retain jurisdiction over the case for the purposes of

construing, enforcing, or implementing the Settlement Agreement and the obligations, payments and remedies contained therein.

| AGREED TO BY: | AGREED TO BY: |
|---|---|
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | EPSTEIN DRANGEL BAZERMAN & JAMES, LLP |
| By: *[signature]* | By: *[signature]* 5/25/06 |
| Kesari Ruza (KR 3400) | William C. Wright (WW 2213) |
| 30 Rockefeller Plaza, Suite 2400 | 60 East 42nd Street, Suite 820 |
| New York, NY 10112 | New York, NY 10177-1211 |
| Tel.: (212) 332-3828 | Tel.: (212) 292-5390 |
| Counsel for the Defendant | Counsel for the Plaintiff |